## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAVON TERRY**  **PLAINTIFF**
**ADC #149993**

**V.**          **NO. 4:23-cv-01179-BRW-ERE**

**DAVID LINGO**  **DEFENDANT**

### ORDER

On December 11, 2023, *pro se* plaintiff Javon Terry, an Arkansas Division of Correction inmate previously detained at the Hot Springs County Jail ("County Jail"), filed a complaint under 42 U.S.C. § 1983 alleging that County Jail staff members failed to protect him from an inmate attack on September 22, 2022. *Doc. 1*.

Mr. Terry's claims arose in Malvern, Arkansas, where all Defendants are located. Malvern, Arkansas is in the Western District of Arkansas. Venue is proper in the judicial district where "any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). Accordingly, venue is not proper in this district. Rather than dismiss the case for improper venue, the Court will transfer the case to the Western District, where venue is proper. See 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or

if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

So Ordered 13 December 2023.

_____
UNITED STATES MAGISTRATE JUDGE